UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:
Laurence O Pangalangan						Case No.: 17-24073-JKO
								Chapter 13

		Debtor(s).
_____ /

### NOTICE TO DEBTOR OF DUE DATE FOR FIRST
### AND SUBSEQUENT PAYMENTS UNDER CHAPTER 13 PLAN

**COMES NOW**, Nowack & Olson, PLLC, Attorneys for the Debtor(s), and gives this additional Notice to the Debtor of the Due Date for the first and subsequent payments under the Chapter 13 Plan as follows:

**AMOUNT OF MONTHLY PAYMENTS:**
**$614.00** per month for a Period of **60 MONTHS.**

**1st PAYMENT DUE DATE:**
The 1st payment in the amount of **$614.00** is due to the Chapter 13 Trustee, **ROBIN WEINER** at:

> **Robin Weiner, Trustee**
> **POB 2258**
> **Memphis, TN 38101**

on  **12/22/2017** which is 30 days after the filing of this case.

# YOU MUST BE CURRENT (payments made on time), AND YOU MUST REMAIN CURRENT ON ALL PAYMENTS TO THE TRUSTEE UNDER YOUR PLAN OR YOUR CASE WILL BE DISMISSED.

**IMPORTANT WARNING:  REGARDING AMENDED CHAPTER 13 PLAN**
IF THIS NOTICE IS BEING PROVIDED TO YOU AS A RESULT OF AN **AMENDED PLAN**, ALL PAYMENTS THAT ARE REQUIRED UNDER THE **NEW AMENDED PLAN** (YOU MUST CATCH UP ON THE PAYMENTS UNDER THE AMENDED PLAN) **MUST BE CURRENT BEFORE THE 341 HEARING DATE**, OR YOUR CASE WILL BE DISMISSED BY THE BANKRUPTCY COURT. CONTACT OUR OFFICE IMMEDIATELY UPON RECEIPT OF THIS NOTICE IF YOU HAVE ANY QUESTIONS.

**SUCH PAYMENTS MUST BE MADE BY CASHIERS CHECK OR MONEY ORDER.  DO NOT SEND A PERSONAL CHECK.  YOU MUST INCLUDE YOUR CASE NUMBER ON YOUR PAYMENT**.  Subsequent payments in the same amount (**unless your Plan is amended**) will be due on the same day (unless changed by your Chapter 13 Trustee) for each subsequent month WITHOUT FURTHER NOTICE FROM THE COURT, CHAPTER 13 TRUSTEE, OR COUNSEL.

## CERTIFICATE  OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail or via CM/ECF to Robin Weiner, Trustee at POB 559006, Fort Lauderdale, FL 33355, Office of the U.S. Trustee, at 51 SW 1st Ave., Miami, FL 33130, and  Laurence O Pangalangan, Debtor(s), at 1329 Ginger Cir Weston, FL 33326 , ,
on January 9, 2018  .

> *Law Offices of*
> **NOWACK & OLSON, PLLC**
> Attorney for Debtor(s)
> 8551 Sunrise Blvd, Suite 208
> Plantation, FL 33322
> **(954) 349-2265**
>
> /s/ Mitchell J. Nowack
> **MITCHELL J. NOWACK, ESQ.**
> Florida Bar Number: 099661
>
> /s/ Christian J. Olson
> **CHRISTIAN J. OLSON, ESQ.**
> Florida Bar Number: 121436